## JIM RICHARDS v. STATE.

No. A-9234.   March 5, 1937.
(65 Pac. [2d] 1029.)

A. C. Bruce, for plaintiff in error.

Mac Q. Williamson, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, hereinafter called the defendant, was convicted of the unlawful possession of intoxicating liquor, and sentenced to pay a fine of $50 and to be confined in the county jail for 30 days.

The case-made, with petition in error attached, was filed in this court on November 27, 1936; no brief has been filed in support of the defendant's assignment of errors. A careful examination of the record discloses no fundamental error. The evidence is sufficient to support the verdict of the jury.

The case is therefore affirmed.